**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNNY LEE BRIGGS, | ) NO. CV 17-4615-FMO(E) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| T. ENRIQUEZ, | ) |
| Defendant. | ) |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: December 7, 2017

```
              /s/
       FERNANDO M. OLGUIN
    UNITED STATES DISTRICT JUDGE
```